| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Clark, Ron, | 2. Court or Organization U.S. District Court, E.D., TX | 3. Date of Report 5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 300 Willow St. #220 Beaumont, TX 77701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust # 2 |
| 3. Member, Executive Board | Three Rivers Council, Boy Scouts of America |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | State of Texas Retirement Plan, no control |

RECEIVED 2005 MAY 16 A 11: 20 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clark, Ron, | 5/9/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Drama Teacher/Performer |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Texas City Attorneys Association | October 28-29, Corpus Christi, TX. Speaker on Federal Court Practice to Attorney CLE seminar. (Milage, Food and one night at hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron, | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Janus Mutual Funds | | | | | | | | | |
| 2. JAGXX | A | Dividend | J | T | | | | | |
| 3. JANSX | | None | K | T | | | | | |
| 4. JAVLX | A | Dividend | J | T | | | | | |
| 5. JAVTX | | None | K | T | | | | | |
| 6. Nuveen Funds, NUV | B | Dividend | K | T | | | | | |
| 7. USAA Mutual Funds | | | | | | | | | |
| 8. USEXX | A | Dividend | K | T | | | | | |
| 9. USSPX | A | Dividend | K | T | | | | | |
| 10. Vanguard Mutual Funds | | | | | | | | | |
| 11. VMMXX | A | Dividend | K | T | | | | | |
| 12. VWNFX | B | Dividend | M | T | | | | | |
| 13. VWUSX | A | Dividend | K | T | | | | | |
| 14. VFINX | A | Dividend | J | T | | | | | |
| 15. Vanguard Mutual Funds IRA 1 | C | Dividend | M | T | | | | | |
| 16. VGHCX | | | | | | | | | |
| 17. VWNFX | | | | | | | | | |
| 18. VMMXX | | | | | closed | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron, | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  VEXPX | | | | | acquire | 5/13 | J | | |
| 20.  VFINX | | | | | acquire | 5/13 | J | | |
| 21.  Vanguard Mutual Fund IRA 2 | A | Dividend | J | T | | | | | |
| 22.  VEXPX | | | | | buy | 3/08 | J | | |
| 23.  VEXPX | | | | | transfer | 5/13 | J | A | |
| 24.  VFINX | | | | | buy | 3/08 | J | | |
| 25.  VFINX | | | | | transfer | 5/13 | J | A | |
| 26.  Vanguard Mutual Fund IRA 3, VFINX | A | Dividend | J | T | | | | | |
| 27.  VFINX | | | | | buy | 1/29 | J | | |
| 28.  VFINX | | | | | transfer | 5/13 | J | A | |
| 29.  Vanguard Mutual Fund IRA 4, VFINX | A | Dividend | J | T | acquire | 5/13 | J | | |
| 30.  American Mutual Funds IRA, ANWPX | B | Dividend | M | T | | | | | |
| 31.  Janus Mutual Funds IRA, JAMRX | A | Dividend | J | T | | | | | |
| 32.  Vanguard Variable Annuity | | None | K | T | | | | | |
| 33.  Common Stocks | | | | | | | | | |
| 34.  ABS | | None | | | sell | 1/16 | K | A | |
| 35.  INTC | A | Dividend | J | T | | | | | |
| 36.  KO | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
   (See Columns B1 and D4)  F  = $50,001-$100,000      G  = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
   (See Columns C1 and D3)  N  = $250,000-$500,000      O  = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal      R  = Cost (Real Estate Only)      S  = Assessment      T  = Cash/Market
   (See Column C2)          U  = Book Value      V  = Other      W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron, | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | PFE | A | Dividend | J | T | | | | | |
| 38. | TXN | A | Dividend | J | T | | | | | |
| 39. | XOM | B | Dividend | L | T | | | | | |
| 40. | U.S. Savings Bond | | None | J | T | | | | | |
| 41. | Trust 1, Trustee | A | Dividend | | | transfer | 12/28 | | | |
| 42. | AMGN | | | | | | | | | |
| 43. | XOM | | | | | partial sale | 11/8 | J | A | |
| 44. | SWMXX | | | | | | | | | |
| 45. | Trust 2, Trustee | A | Dividend | K | T | | | | | |
| 46. | AMGN | | | | | partial sale | 8/9 | J | D | |
| 47. | AMGN | | | | | partial sale | 11/8 | J | D | |
| 48. | SWMXX | | | | | | | | | |
| 49. | UGTMA Account 1, XOM | A | Dividend | K | T | partial sale | 10/12 | J | D | |
| 50. | HBW Plaza Ltd. | D | Distribution | M | U | | | | | |
| 51. | Texas State Bank Accounts, fka as Community Bank | A | Interest | K | T | | | | | |
| 52. | Centennial Money Mkt. | A | Dividend | J | T | | | | | |
| 53. | Evergreen Money Mkt | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clark, Ron, | 5/9/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII: Lines 23 & 25 "Transfer" of portion of these assets to IRA 1, see lines 19 & 20;   Line 28 "Transfer" of portion of these assets to IRA 4, see Line 29;   Line 41, entire trust transferred to benefiicary, and trust closed.

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron, | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date **5/9/2005**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544